UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL BUXBAUM,

               Plaintiff,

      -against-

MARIVI DEL RIVERO,

               Defendant.

1:25-CV-1065 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated January 29, 2025, and entered on February 6, 2025, the Court dismissed this *pro se* action without prejudice to reopening upon, within 30 days of the date of the docketing of that order, Plaintiff's payment of the $405 in fees to bring this action or his submission of an *in forma pauperis* ("IFP") application. (ECF 4.) Plaintiff did not submit payment of the fees or an IFP application within the time allowed.

      On May 6, 2025, after the 30-day period to comply with the Court's January 29, 2025 order had expired, the court's Finance Department received from Plaintiff payment of the fees to bring this action. Payment of the fees to bring this action that is received after this action has been dismissed will not cause the Court to reopen this action. The Court therefore directs the Clerk of Court to return payment of the fees to Plaintiff. This action remains closed.

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) .

SO ORDERED.

Dated:   June 16, 2025
         New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge